UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERMAN PEEPLES,

        Plaintiff,

   v.

PERRIGO COMPANY PLC, et al.,

        Defendants.

C23-0900 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Defendants Padagis Michigan LLC ("Padagis Michigan") and Padagis LLC ("Padagis") are DIRECTED to file, on or before July 7, 2023, amended disclosure statements.  *See* LCR 7.1; *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (holding that "an LLC is a citizen of every state of which its owners/members are citizens").  In this case, Padagis Michigan and Padagis have not disclosed the owners/members of Padagis Midco Holding Company LLC.

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of June, 2023.

                                Ravi Subramanian
                                Clerk

                                s/Laurie Cuaresma
                                Deputy Clerk

MINUTE ORDER - 1