UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HERMAN PEEPLES,

          Plaintiff,

v.

PERRIGO COMPANY PLC, et al.,

          Defendants.

C23-0900 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    This case is hereby REMANDED to the Snohomish County Superior Court.  Having reviewed defendants Padagis Michigan LLC's and Padagis LLC's notice of inability to comply with LCR 7.1, docket no. 26, the Court concludes that it does not have sufficient information to confirm whether diversity jurisdiction exists in this case.  Padagis Michigan LLC and Padagis LLC are citizens of every state in which their members are domiciled.  *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  As provided in the notice, despite inquiry and research, Padagis Michigan LLC's and Padagis LLC's counsel was unable to determine the identities of all members in their chains of ownership.

(2)    The Clerk is DIRECTED to remand this matter to the Snohomish County Superior Court, effective fourteen (14) days after the date of this Minute Order, and to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of July, 2023.

          Ravi Subramanian
          Clerk

          s/Laurie Cuaresma
          Deputy Clerk

MINUTE ORDER - 1